UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WHITNEY BAUTISTA, on behalf of herself and all others similarly situated

Plaintiffs,

-against-

F.H. CANN & ASSOCIATES, INC.

Defendant.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 17 2017 ★

BROOKLYN OFFICE

Case No. 1:17-cv-02396-ERK-RER

STIPULATION OF SETTLEMENT AND DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
August 9, 2017

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(917) 299-6612
Fax: (347) 665-1545
JmizrahiLaw@gmail.com
*Attorney for Plaintiff*

By: /s/ Arthur Sanders
Arthur Sanders, Esq.
Barron & Newburger, PC
30 South Main Street
New City, New York 10956
(845) 499-2990
Alt: (512) 476-9103, x-247
asanders@bn-lawyers.com
*Attorney for Defendant*

So ordered

s/Edward R. Korman

8/16/17